Jeffrey B. Cereghino, SBN #099480
Email: jbc@cereghinolaw.com
Cereghino Law Group
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415.433.4949

Shannon M. Shepherd *[Pro Hac Vice]*
Email: sshepherd@immattyllp.com
Immigration Attorneys, LLP
300 W. Adams St., Suite 500
Chicago, IL 60606

Telephone: 312.661.9100

*Attorneys for Plaintiff CI & T, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CI & T, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; <br> MATTHEW WHITAKER, ACTING U.S. ATTORNEY GENERAL; L. FRANCIS CISSNA, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; <br><br> AND <br><br> THE UNITED STATES OF AMERICA. <br><br> Defendants. | Case No. 19-831 <br> **ORDER GRANTING** ~~NOTICE OF~~ **VOLUNTARY DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF AND PETITION FOR REVIEW OF ADMINISTRATIVE AGENCY ACTIONS** |

# NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff, CI & T, Inc. ("CI & T"), through undersigned counsel, Shannon M. Shepherd of Immigration Attorneys, LLP, hereby gives Notice of its Voluntary Dismissal of its Complaint for Declaratory Relief and Petition for Review of Administrative Agency Actions. In support thereof, we state as follows:

1. On or about February 15, 2019, Plaintiffs filed the instant action under the Administrative Procedure Act ("APA") seeking review of a decision of the U.S. Citizenship and Immigration Services ("USCIS").

2. On April 15, 2019, Defendants reopened and approved Plaintiffs' Form I-140, Petition for Immigrant Worker, and reopened Plaintiffs' Beneficiaries Forms I-485, Applications to Adjust Status. The Forms I-485 are currently awaiting final adjudication.

3. Since the Form I-140 Petition has been approved and the Forms I-485 have been reopened, Plaintiffs no longer need this Court to review USCIS's prior actions.

4. WHEREFORE, Plaintiff, CI & T, Inc., voluntarily dismisses this case, without prejudice.

Respectfully Submitted:

Dated: April 10, 2019

/s/Shannon M. Shepherd
Shannon M. Shepherd [Pro Hac Vice]
Email: sshepherd@immattyllp.com
Immigration Attorneys, LLP
300 W. Adams St., Suite 500
Chicago, IL 60606
Tel: 312.661.9100

*Attorneys for Plaintiff CI & T, Inc.*

## ORDER

IT IS SO ORDERED.

DATED: May 15, 2019

_____
YVONNE GONZALEZ ROGERS, U.S. DISTRICT JUDGE